# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

November 20, 2019

**VIA ECF**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse          MEMO ENDORSED
500 Pearl Street
New York, NY 10007-0424

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-2019
```

Re:    United States of America v. Jermaine Anderson, Ind. No. 19-CR-023

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 90-day adjournment of sentencing proceedings in this matter presently scheduled for December 3, 2019. The Government consents to this request. I respectfully request this adjournment because my office is still working to obtain documents in aid of sentencing. This is the first such request regarding this matter.

    I thank the Court for your timely consideration of this request. Please do not hesitate to contact me to discuss this matter.

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)

*The sentencing is adjourned to March 12, 2020, at 3:15 pm. DE #32 resolved.*

SO ORDERED:

_____ 11/21/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE