# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

March 12, 2020

**VIA ECF**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-2020

**Re:**   **United States of America v. Jermaine Anderson, Ind. No. 19-CR-023**

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 30-day adjournment of sentencing proceedings in this matter presently scheduled for March 19, 2020 at 3:45pm. I respectfully request this adjournment because of COVID-19 concerns. Mr. Anderson expects a number of family members to attend the sentencing via subway. The Government consents to this request and the parties jointly request a corresponding extension of the date for the Government's sentencing submission. This is the second such defense request regarding this matter.

    I thank the Court for your timely consideration of this request. Please do not hesitate to contact me to discuss this matter.

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)

*The sentencing is adjourned to April 29, 2020, at 2:30 pm and the Government's submission deadline is extended to April 15, 2020. DE #44 resolved.*

SO ORDERED:

/s/ 3/13/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE