# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

May 12, 2020

<u>VIA ECF</u>

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

**MEMO ENDORSED**

Re:   <u>United States of America v. Jermaine Anderson, Ind. No. 19-CR-023</u>

Dear Judge Swain,

     I represent Jermaine Anderson in the above-referenced case. I write to request another 30-day adjournment of sentencing proceedings in this matter presently scheduled for May 29, 2020 at 11:00am. I respectfully request this adjournment because of COVID-19 concerns. As stated in my previous request for an adjournment, Mr. Anderson hopes to have numerous family members attend and support him during sentencing, and they plan to travel via public transit. Additionally, multiple members of Mr. Anderson's family have contracted the coronavirus and it has been his responsibility to do the shopping and other errands. The Government consents to this request and the parties jointly request a corresponding extension of the date for the Government's sentencing submission. This is the fourth defense request requesting an extension of sentencing.

     I thank the Court for your timely consideration of this request.

The sentencing is adjourned to
June 30, 2020, at 11:00 a.m.
The related deadlines are
modified accordingly.  DE#50
resolved.
SO ORDERED.  5/13/2020
/s/ Laura Taylor Swain, USDJ

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)