```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

United States of America

v.

Jermaine Anderson,
Brandon Alvarez, and
█████████████
             Defendants.

**Order of Restitution**

19 Cr. 23 (LTS)
█████ (KPF)

----

    Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Nicholas W. Chiuchiolo, Assistant United States Attorney, of counsel; the presentence reports; the above-captioned defendants' convictions in these cases; the above-captioned defendants' plea agreements; and all other proceedings in these cases, it is hereby ORDERED that:

    **1. Amount of Restitution.** Defendants Jermaine Anderson, Brandon Alvarez, and ███████ shall pay restitution in the total amount of $291,299.00 to the victim of the offenses of which they have been convicted in this case, in the apportioned amounts set forth below. The names, addresses, and specific amounts owed to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    **2. Joint and Several Liability.** Defendants Jermaine Anderson, Brandon Alvarez, and ████████████ liability for restitution shall be joint and several with each other and that of any other defendant ordered to make restitution for the offenses in this matters under 19 Cr. 23 (LTS) and █████ (KPF). Each defendant's liability for restitution shall continue unabated until either

03.14.2019

the defendant has paid the apportioned amount set forth below, or every victim has been paid the total amount of loss from all the restitution paid by the defendants in this matter.

| Defendant | Apportioned Amount of Restitution (joint and several) |
|---|---|
| Jermaine Anderson | $291,299.00 |
| Brandon Alvarez | $228,787.00 |
| ▮ | $46,360.00 |
| TOTAL RESTITUTION AMOUNT: | $291,299.00 |

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

October 14, 2020

/s/ 
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2