# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

March 2, 2021

<u>VIA ECF</u>

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

**<u>MEMO ENDORSED</u>**

Re:   <u>United States of America v. Jermaine Anderson, Ind. No. 19-CR-023</u>

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 90-day adjournment of Mr. Anderson's surrender date currently scheduled for March 12, 2021. I respectfully request this adjournment because of COVID-19 concerns. The pandemic continues to put inmates at particularly high risk, and Mr. Anderson is at an increased risk for serious health complications. At 6'1" and 310lbs, Mr. Anderson's Body Mass Index puts him in a high risk category. The Government consents to this request. This is the first such request.

    I thank the Court for your timely consideration of this request.

                                    Very truly yours,

                                      Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)

The request is granted.  Mr. Anderson's surrender date is extended to June 17, 2021.
DE# 77 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ