# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

June 15, 2021

VIA ECF

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

**MEMO ENDORSED**

Re: <u>United States of America v. Jermaine Anderson, Ind. No. 19-CR-023</u>

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 60-day adjournment of Mr. Anderson's surrender date, currently scheduled for June 17, 2021. I respectfully request this adjournment because Mr. Anderson's significant other, and the mother of his child with whom he lives, will be having a spinal fusion surgery on June 25th, 2021. She is expected to require bedrest for six to eight weeks. During that time, Mr. Anderson will be taking care of their eleven-year-old son, cooking him meals, cleaning, and all other household duties. The Government consents to this request, but notes that it will not be inclined to agree to additional extensions. This is the second such request.

    I thank the Court for your timely consideration of this request.

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)

The foregoing request is granted.  DE 83 resolved.
SO ORDERED.
6/15/2021
/s/ Laura Taylor Swain, Chief USDJ