# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

August 12, 2021

<u>VIA ECF</u>

<u>MEMO ENDORSED</u>

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

Re:   <u>United States of America v. Jermaine Anderson, Ind. No. 19-CR-023</u>

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 90-day extension of Mr. Anderson's surrender date currently scheduled for August 17, 2021. I respectfully request this extension because Mr. Anderson is undergoing medical treatment related to a recent stroke. The government consents to this request.

    Mr. Anderson suffered a stroke on June 15, 2021. The stroke left half of his body numb and he is now undergoing extensive physical, occupational and speech therapy at Good Shepard Rehabilitation in Allentown, Pennsylvania. His treating physician, Ayanna Kersey-McMullen writes that he will require approximately six months of therapy. Mr. Anderson has transmitted a copy of his medical records and executed HIPAA waivers for the government to monitor his progress. He respectfully requests that his surrender date be extended by 90 days, and he will make any additional extension request based on his progress.

    I thank the Court for your consideration of this request.

The foregoing request is granted. Mr. Anderson is ordered to surrender on November 18, 2021. DE no. 85 resolved. SO ORDERED. 8/13/2021
/s/ Laura Taylor Swain, USDJ

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)