# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

February 14, 2022

<u>VIA ECF</u>

<u>**MEMO ENDORSED**</u>

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

Re:   <u>United States of America v. Jermaine Anderson, Ind. No. 19-CR-023</u>

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 90-day extension of Mr. Anderson's surrender date currently scheduled for. I respectfully request this extension because Mr. Anderson is undergoing continued medical treatment and rehabilitation related to a stroke this past summer. The government consents to this request.

    Mr. Anderson suffered a stroke on June 15, 2021. The stroke left half of his body numb and he is continuing extensive physical, occupational and speech therapy at Good Shepard Rehabilitation in Allentown, Pennsylvania. He attends rehabilitation three times a week and regular doctor visits. Mr. Anderson has transmitted a copy of his medical records and executed HIPAA waivers for the government to monitor his progress. He respectfully requests that his surrender date be extended by 90 days to allow him to continue his recovery.

    I thank the Court for your consideration of this request.

The foregoing request is granted.  Mr. Anderson is directed to surrender on May 19, 2022.  Dkt no. 90 resolved.
SO ORDERED.
2/14/2022
/s/ Laura Taylor Swain, Chief USDJ

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Nicholas Chiuchiolo (via ECF)