# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

August 17, 2022

**VIA ECF**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-0424

**MEMO-ENDORSED**

Re:   **United States of America v. Jermaine Anderson, 19-CR-023 (LTS)**

Dear Judge Swain,

    I represent Jermaine Anderson in the above-referenced case. I write to request a 30-day extension of Mr. Anderson's surrender date currently scheduled for August 18, 2022. I apologize for the late timing of this request. I respectfully request this extension because Mr. Anderson is undergoing continued medical treatment related to a stroke last past summer. The Government takes no position on this request.

    Mr. Anderson suffered a stroke on June 15, 2021. The stroke left half of his body numb and he is continuing extensive physical, occupational and speech therapy at Good Shepard Rehabilitation in Allentown, Pennsylvania. Mr. Anderson has transmitted a copy of letters from his treating doctors and executed HIPAA waivers for the government to monitor his progress. I am informed by Mr. Anderson's treating physician that he requires a neurology follow up to review medical imaging and medication management on September 8, 2022.

    For the above reasons, I respectfully request that Mr. Anderson's surrender date be extended 30 days. I thank the Court for your consideration of this request.

Very truly yours,

Daniel A. McGuinness

The foregoing request is granted. Mr. Anderson shall surrender on September 22, 2022. Dkt. no. 94 resolved. SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ

Cc: AUSA Nicholas Chiuchiolo (via ECF)